IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02738-REB-MEH

CURTIS L. LILLY,

        Plaintiff,

v.

MR. JASON FASSLER, Correctional Officer, Fremont Correctional Facility, and
MR. ROBERT BEAUMONT, Correctional Officer, Fremont Correctional Facility,

        Defendants.

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

        This matter is before the court on the affidavit in support of the motion for leave

to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.  The

court has granted the plaintiff leave to proceed *in forma pauperis*.

        **THEREFORE, IT IS ORDERED** as follows:

        1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from

each of the defendants;

        2. That if the Clerk is unable to do so, then the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore,

that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d);

        3. That all costs of service shall be advanced by the United States; and

        4. That after service of process, any defendant or counsel for any defendant

having been served  shall respond to the complaint as provided in the Federal Rules of

Civil Procedure.

Dated March 25, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-02738-REB-MEH

Curtis L. Lilly
Prisoner No.  50949
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215- 0999

Jason Fassler, and Robert Beaumont - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the to Keith Nordell for service of process on Jason Fassler, and Robert Beaumont : AMENDED COMPLAINT FILED 3/01/11, ORDER FILED 3/17/11, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/25/11   .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk