IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02738-REB-MEH

CURTIS L. LILLY,

      Plaintiff,

v.

MR. JASON FASSLER, Correctional Officer, Fremont Correctional Facility, and
MR. ROBERT BEAUMONT, Correction Officer, Fremont Correctional Facility,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2011.**

      Plaintiff's [Motion for] Leave to File a Second Amended Complaint in Accordance with the Recommendation and all Applicable and Federal Court Rules [filed August 12, 2011; docket #47] is **denied without prejudice**.  In order to determine whether justice requires that Plaintiff be granted leave, the Plaintiff must attach a proposed "second amended complaint" to his request for leave.