IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02738-REB-MEH

CURTIS L. LILLY,

      Plaintiff,

v.

MR. JASON FASSLER, Correctional Officer, Fremont Correctional Facility, and
MR. ROBERT BEAUMONT, Correction Officer, Fremont Correctional Facility,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 7, 2011.**

      Plaintiff's Emergency Motion for this Court to Notify the Plaintiff Immediately that it did not Receive a Copy of the Second Amended Complaint as Requested by this Honorable Court [filed September 6, 2011; docket #53] is **granted in part and denied in part**. This Court's August 16, 2011 order informed the Plaintiff that he must attach a proposed Second Amended Complaint to any motion for leave to amend, and this Court's August 25, 2011 order clarified for the Plaintiff that his motion for leave to file a Second Amended Complaint, filed on August 12, 2011, did not include an attached proposed Second Amended Complaint as required. The Court warns the Plaintiff that any future motion construed to be duplicative or redundant may be stricken. *See* D.C. Colo. LCivR 7.1H.

      All other relief sought by the present motion is denied.