IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02738-REB-MEH

CURTIS L. LILLY,

    Plaintiff,

v.

MR. JASON FASSLER, Correctional Officer, Fremont Correctional Facility, and
MR. ROBERT BEAUMONT, Correction Officer, Fremont Correctional Facility,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2011.**

    Plaintiff's Motion for Current Status in Pending Civil Action [filed December 14, 2011; docket #61] is **granted in part and denied in part**. The Court construes the motion as a request for a copy of the docket sheet in this matter. Although the Court is not obligated to provide such copy, the Court will grant Plaintiff's request on this sole occasion, and will remind Plaintiff that the case docket is a matter of public record, a copy of which may be obtained online or from the Clerk's Office with the appropriate copy costs.

    The Clerk of the Court is directed to send to the Plaintiff a current copy of the docket sheet in this case. The Court will grant no further requests of this kind absent a showing of exceptional cause.