IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02738-REB-MEH

CURTIS L. LILLY,

    Plaintiff,

v.

MR. JASON FASSLER, Correctional Officer, Fremont Correctional Facility, and
MR. ROBERT BEAUMONT, Correction Officer, Fremont Correctional Facility,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 17, 2012.**

For good cause shown, Defendant's Motion for Leave to File Answer to Plaintiff's Second Amended Complaint Out of Time [filed May 16, 2012; docket #69] is **granted**. The Court will accept the Defendant's Answer as filed at docket #70.

In addition, it is hereby ORDERED that a Preliminary Scheduling/Status Conference is set for Friday, **June 1, 2012,** at the hour of **9:45 a.m.,** in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado.  The plaintiff shall participate in this conference by telephone.

Counsel whose offices are located outside of the Denver metropolitan area may appear at the scheduling conference by telephone.  Please contact Chambers at (303) 844-4507 to arrange appearance by telephone.

The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LCivR 16.2 and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed.  No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Curtis L. Lilly, #50949
Fremont Correctional Facility
P.O. Box 999
Canon City, CO 81215-0999