**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02738-REB-MEH

CURTIS L. LILLY,

    Plaintiff,

v.

MR. JASON FASSLER, Correctional Officer, Fremont Correctional Facility, and
MR. ROBERT BEAUMONT, Correction Officer, Fremont Correctional Facility,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT MR. ROBERT BEAUMONT, ONLY

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal of Defendant Robert Beaumont** [#82][1] filed February 11, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiff's claims against defendant Mr. Robert Beaumont, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of Defendant Robert Beaumont** [#82] filed February 11, 2013, is **APPROVED**;

2. That plaintiff's claims against defendant Mr. Robert Beaumont are **DISMISSED** with each of the affected parties to pay its own attorney fees and costs; and

---

[1] "[#82]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant Mr. Robert Beaumont is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 11, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge