**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02738-REB-MEH

CURTIS L. LILLY,

    Plaintiff,

v.

JUSTIN FASSLER, Correctional Officer, Fremont Correctional Facility,

    Defendant.

**FINAL JUDGMENT**

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Granting Motion for Summary Judgment** [#96] entered by Judge Robert E. Blackburn on September 9, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant's **Motion for Summary Judgment** [#84] filed February 22, 2013, is **GRANTED**;

2. That **JUDGMENT IS ENTERED** in favor of Defendant Mr. Jason Fassler, Correctional Officer, Fremont Correctional Facility, against Plaintiff Curtis L. Lilly;

3. That the defendant is **AWARDED** his costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 10th day of September, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                      Edward P. Butler, Deputy Clerk